



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed November 20, 2017

*Mark X. Mullin*
_____
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| In re: | § | CHAPTER 11 CASE |
|---|---|---|
|  | § |  |
| **PREFERRED CARE PARTNERS** | § | CASE NO. 17-34296-11-mxm |
| **MANAGEMENT GROUP, L.P,** *et al.,* | § |  |
|  | § | **(Jointly Administered)** |
| Debtors. | § |  |

### ORDER GRANTING MOTION TO TRANSFER VENUE TO FORT WORTH DIVISION

ON THIS DATE the Court considered the request for the Motion to Transfer Venue to Fort Worth Division (the "Motion") filed by Preferred Care Partners Management Group, L.P. ("Management") and Kentucky Partners Management, LLC ("KPM" and, collectively, with Management, the "Debtors," "Debtors-in-Possession," or the "Management Debtors"). The Court finds that sufficient cause exists for granting the Motion. Accordingly, **IT IS THEREFORE ORDERED** the Court will transfer the Management Debtors' cases to the Fort Worth Division and assign new case numbers, if needed, for administrative purposes.

### # # # END OF ORDER # # #

Submitted by:

Mark E. Andrews (TX Bar No. 01253520)
Aaron M. Kaufman (TX Bar No. 24060067)
Jane A. Gerber (TX Bar. No. 24092416)
**DYKEMA COX SMITH**
1717 Main Street, Suite 4200
Dallas, TX  75201
Phone: (214) 462-6400
Fax: (214) 462-6401
mandrews@dykema.com
akaufman@dykema.com
jgerber@dykema.com

**PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION**